COM.

v.

**BRANFORD, J.**

**2018 MDA 2016**

Superior Court of Pennsylvania.

08/01/2017

CP–06–CR–0002592–2015 (Berks)

Remanded Jurisdiction Retained

COM.

v.

**JOHNSON, A.**

**2092 MDA 2016**

Superior Court of Pennsylvania.

08/01/2017

CP–40–CR–0002713–2011, (Luzerne)

Vacated/Remanded

COM.

v.

**COLEMAN, G.**

**69 MDA 2017**

Superior Court of Pennsylvania.

08/01/2017

CP–41–CR–0001183–2015

(Lycoming)

Affirmed

COM.

v.

**GARRISON, K.**

**243 MDA 2017**

Superior Court of Pennsylvania.

08/01/2017

CP–36–CR–0006082–2013

(Lancaster)

Affirmed

COM.

v.

**PINER, S.**

**540 WDA 2015**

Superior Court of Pennsylvania.

08/01/2017

CP–07–CR–0000140–2012, CP–07–CR–0000141–2012, CP–07–CR–0000143–2012, CP–07–CR–0000144–2012, CP–07–CR–0000146–2012, CP–07–CR–0000148–2012, CP–07–CR–0000149–2012, CP–07–CR–0000150–2012, CP–07–CR–0000151–2012, CP–07–CR–0000153–2012, CP–07–CR–0000159–2012, CP–07–CR–0000160–2012, CP–07–CR–0000161–2012, CP–07–CR–0000163–2012, CP–07–CR–0001026–2012

(Blair)

Vacated/Affirmed